**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Trenton Vicinage)**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>DATA AXLE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | Civil Action No. 3:24-cv-04181<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)]** |

Application is hereby made for a Clerk's Order extending time within which Defendant Data Axle, Inc. ("Defendant"), may answer, move, or otherwise reply to the Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained.
2. The current deadline for Defendants to respond to the Complaint is April 1, 2024; and
3. Defendants hereby request that their time to answer, move or otherwise respond to the Complaint be extended by fourteen (14) days to April 15, 2024.

Dated: March 28, 2024

By:     */s Julia E. Duffy*
        Michael D. Margulies, Esq.
        Julia E. Duffy, Esq.
        CARLTON FIELDS, P.A.
        180 Park Avenue, Suite 106
        Florham Park, NJ 07932

*Attorneys for Defendant*
Data Axle, Inc.

Case 1:24-cv-04181-HB     Document 4     Filed 03/28/24     Page 2 of 2 PageID: 148