IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVAACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement office, EDWIN MALDANADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>              Plaintiffs,<br>vs.<br><br>DATA AXLE, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>              Defendants. | **Civil Action No.: 3:24-cv-4181** |

## SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** that Michael D. Margulies and Julia E. Duffy with the law firm Carlton Fields hereby withdraw as counsel for Defendant, Data Axle, Inc. (hereinafter "Data Axle") in the above-captioned action, and Timothy M. Jabbour, Esq. with the law firm Tressler, LLP shall be substituted as counsel for record for Data Axle in the above-captioned action.

| | |
|---|---|
| TRESSLER LLP | CARLTON FIELDS |
| *Appearing for Defendant,*<br>*Data Axle, Inc.* | *Withdrawing for Defendant,*<br>*Data Axle, Inc.* |
| BY: __/s/ Timothy M. Jabbour_____<br>      Timothy M. Jabbour, Esq. | BY:__/s/ Michael D. Margulies_<br>      Michael D. Margulies, Esq. |
| Dated:  April 9, 2024 | Dated: April 9, 2024 |