IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVAACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement office, EDWIN MALDANADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>DATA AXLE, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>　　　　　Defendants. | Civil Action No.: 3:24-cv-4181 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that George Z. Twill, Esq. of Tressler, LLP enters an appearance on behalf of Defendant, Data Axle, Inc. and requests that all parties serve copies of all pleadings and other papers upon the undersigned.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**TRESSLER LLP**
　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　Data Axle, Inc.


　　　　　　　　　　　　　　　　　　By:　/s/George Z. Twill
　　　　　　　　　　　　　　　　　　　　　George Z. Twill, Esq.

Dated:　April 9, 2024