## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>DATA AXLE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-4181<br><br><br>**NOTICE OF MOTION TO ADMIT GREGORY C. SCAGLIONE, ESQ., ESQ.** ***PRO HAC VICE*** |

Pursuant to Local Civil Rule 101.1 of the Local Rules of the United States Courts for the District of New Jersey, I, Timothy M. Jabbour, Esq., hereby move this Court for an Order admitting Gregory C. Scaglione, Esq. to practice *pro hac vice*, appearing as counsel for Defendant, Data Axle, Inc. in the above captioned action.

I am a member in good standing of the bars of the State of New Jersey and this Court. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: April 15, 2024                              Respectfully submitted,

                                                   */s/Timothy M. Jabbour*
                                                   Timothy M. Jabbour, Esq. (TJ5611)
                                                   TRESSLER, LLP
                                                   163 Madison Avenue, Suite 404
                                                   Tel: 973-848-2901
                                                   tjabbour@tresslerllp.com