IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY            :      CIVIL ACTION
CORPORATION, ET AL.           :
                              :      NO. 24-04181
        v.                    :
                              :
DATA AXLE, INC., ET AL.       :

ORDER

        AND NOW on this ___24th___ day of _____April_____, 2024 it
is hereby ORDERED that the documents filed as a motion (ECF#'s: 11
& 12) are hereby DENIED without prejudice with leave to refile in
accordance with the District Court of New Jersey Local Rule of
Civil Procedure 101.1(c).


                              BY THE COURT:


                              _Harvey Bartle III_
                                                J.