UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**              **DATE OF PROCEEDINGS: 05/7/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**  CV 24-4181 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
              v.
DATA AXLE, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  2:30 PM                    Time Adjourned: 2:32 PM

Total:  2 minutes

                                            s/ *David Bruey*
                                            **DEPUTY CLERK**