IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br> Plaintiffs,<br><br>v.<br><br>DATA AXLE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br> Defendants. | Civil Action No.: 3:24-cv-4181<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

 Pursuant to Local Civil Rule 101.1 of the Local Rules of the United States Courts for the District of New Jersey, I, Timothy M. Jabbour, Esq., hereby move this Court for an Order admitting Tim Hutchinson, Esq. to practice pro hac vice, appearing as counsel for Defendant Data Axel, Inc. in the above captioned action.

 I am a member in good standing of the bars of the State of New Jersey and this Court, and I am in good standing with each of these Courts. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been convicted of a felony. I

have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: May 22, 2024                                                    Respectfully submitted,

 

_____
Timothy M. Jabbour
ID#5611
163 Madison Avenue
Suite 404
Tel: 973-848-2900
tjabbour@tresslerllp.com