IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>v.<br><br>DATA AXLE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | Civil Action No.: 3:24-cv-4181<br><br>**ORDER** |

This matter having come before the Court on the informal application of Koley Jessen, P.C., L.L.O ("movant"), counsel for Defendant Data Axel, Inc., for the admission pro hac vice of Tim Hutchinson, Esq. pursuant to L. Civ. R. 101.1, and the Court having considered the certifications in support of the informal application, which reflect that the Attorneys satisfy the requirements set forth in L. Civ. R. 101.1(c)(1).

And there being no opposition to this informal application,

And for good cause shown,

**IT IS** ON THIS ___30th___ day of ___May_____, 2024,

**ORDERED** that he application for the admission pro hac vice of Tim Hutchinson, Esq. is granted;

IT IS FURTHER ORDERED that Tim Hutchinson, Esq. shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting standing at the bar of any court;

IT IS FURTHER ORDERED that Tim Hutchinson, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against the Attorneys that may arise from their participation in this matter;

IT IS FURTHER ORDERED that the movant shall (a) be co-counsel of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon the Attorneys; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the Attorney sin this matter;

IT IS FURTHER ORDERD that Tim Hutchinson, Esq. shall, to the extent not already done, make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to Court Rule 1:28-2, for each year in which the Attorney represents the Defendant in this matter;

IT IS FURTHER ORDERED that Tim Hutchinson, Esq. shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of the Attorney.

*Harvey Bartle III*

Honorable Harvey Bartle III