

Timothy M. Jabbour
(973) 848-2901
tjabbour@tresslerllp.com

Attorneys at Law
163 Madison Avenue
Suite 404
Morristown, New Jersey 07960
(973) 848-2900
Fax (973) 623-0405

September 18, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *Atlas Data Privacy Corp., et al v. Data Axle, Inc* (No. 1:24-cv-4181)

Dear Judge Bartle:

    This firm represents the defendant Data Axle, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joined the Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand, filed in the action captioned as *Atlas Data Privacy Corporation et al v. Blackbaud, Inc., et al.*, Civil Action No. 1:24-cv-03993-HB. For the reasons set forth therein, Defendant respectfully requests that the Court deny Plaintiff's Motion for Remand.

    Further, the Defendant joined the Reply Brief submitted in support of Defendant's Consolidated Motion to Dismiss, filed with the same matter. For the reasons set forth therein, Defendant respectfully request that the Court grant Defendants' Motion.

Respectfully submitted,

/s/Timothy M. Jabbour
_____
Timothy M. Jabbour (ID:TJ5611)
George Z. Twill (ID: 275292018)
Tressler LLP
163 Madison Avenue, Suite 404
Morristown, NJ 07960
973-848-2901
tjabbour@tresslerllp.com
gtwill@tresslerllp.com

Gregory C. Scaglione (pro hac vice)
Timothy Hutchinson (pro hac vice)
Koley Jessen P.C., L.L.O.
1125 S. 103rd St., Suite 800
Omaha, NE 68124
531-444-0644
Greg.Scaglione@koleyjessen.com
Tim.Hutchinson@koleyjessen.com