UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 3, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**  **DOCKET NO.:** 24-4181 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DATA AXLE, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: DISCOVERY STATUS CONFERENCE

Discovery status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 1:55p.m.   Time Adjourned: 2:00p.m.   Total Time in Court: 0:05