

Timothy M. Jabbour
(973) 848-2901
tjabbour@tresslerllp.com

Attorneys at Law
163 Madison Avenue
Suite 404
Morristown, New Jersey 07960
(973) 848-2900
Fax (973) 623-0405

October 14, 2024

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al v. Data Axle, Inc* (No. 1:24-cv-4181) –
Joinder in Supplemental Briefings in Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

     This firm represents the defendant Data Axle, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant hereby joins in the arguments set forth in the Supplemental Briefings, filed on October 10, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.,* No. 1:24-cv-04105-HB (D.N.J) and *Atlas Data Privacy Corporation, et al. v. Whitepages, Inc.*, No. 1:24-cv-03998-HB (the "Supplemental Briefings"). For the reasons set forth in the Consolidated Motion to Dismiss, Consolidated Reply Briefing and the Supplemental Briefings, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

/s/Timothy M. Jabbour
_____
Timothy M. Jabbour (ID:TJ5611)
George Z. Twill (ID: 275292018)
Tressler LLP
163 Madison Avenue, Suite 404
Morristown, NJ 07960
973-848-2901
tjabbour@tresslerllp.com
gtwill@tresslerllp.com

Gregory C. Scaglione (pro hac vice)
Timothy Hutchinson (pro hac vice)
Koley Jessen P.C., L.L.O.
1125 S. 103rd St., Suite 800
Omaha, NE 68124
531-444-0644
Greg.Scaglione@koleyjessen.com
Tim.Hutchinson@koleyjessen.com