## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                        Plaintiff,

v.
                                     Case No.: 1:24−cv−04181−HB
                                     Judge Harvey Bartle (EDPA), III

DATA AXLE, INC., et al.

                        Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: MON L 483 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                    Very truly yours,

                                                    CLERK OF COURT
                                                    By Deputy Clerk, lm

encl.
cc: All Counsel